No. 235, Misc. WILLIAMS *v.* ILLINOIS.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Illinois Supreme Court for further proceedings. *Jennings* v. *Illinois,* 342 U. S. 104. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 485, Misc. HOFFMAN *v.* CIRCUIT COURT OF WINNEBAGO COUNTY, ILLINOIS.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Circuit Court of Winnebago County for further consideration in the light of the response filed by the Attorney General of Illinois to the application for the writ. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 44. KEDROFF ET AL. *v.* SAINT NICHOLAS CATHEDRAL OF THE RUSSIAN ORTHODOX CHURCH IN NORTH AMERICA. Argued February 1, 1952. This case is ordered restored to the docket for reargument. In view of the opinion, concurring opinion, dissent, judgment and remittitur of the Court of Appeals of New York concerning the status of the Patriarchate in Russia, counsel are requested to include in their presentation a discussion of whether the judgment may be sustained on state grounds. *Philip Adler* argued the cause and filed a brief for appellants. *Ralph Montgomery Arkush* argued the cause and filed a brief for appellees.